# UNDER SEAL

FILED
CHARLOTTE, N.C.

FEB 18 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 5:09cr15 |
| | ) |
| | ) **ORDER TO SEAL** |
| v. | ) |
| | ) **UNDER SEAL** |
| **(1) ALBERTO EZEQUEL VILLARREAL-MEZA** | ) |
| a/k/a "Cheke" | ) |
| **(2) ROBERTO EZEQUEL VILLARREAL-MEZA** | ) |
| a/k/a "Yeyo" | ) |
| **(3) MIGUEL VILLLARREAL-MEZA** | ) |
| **(4) JORGE GARCIA-ZAVALA** | ) |
| **(5) VICENTE DURAN-CHAVEZ** | ) |
| a/k/a "Chente" | ) |
| **(6) JORGE ALFREDO DIAZ-GONZALEZ** | ) |
| a/k/a "George" | ) |
| **(7) JESUS DURAN** | ) |
| a/k/a "Compa" | ) |
| **(8) SANTANA ARREDONDO** | ) |
| **(9) SILVIO HERNANDEZ-APAEZ** | ) |
| | ) |

## ORDER SEALING INDICTMENT

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, the Government's Motion, and this Order be sealed in this matter.

**IT IS HEREBY ORDERED** that the Indictment be immediately sealed until further order of this Court.

This the 18th day of February, 2009.

_Carl Horn, III_

UNITED STATES MAGISTRATE JUDGE