

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC

OCT 21 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:09CR15 -V |
| ) | |
| ) | **ORDER TO UNSEAL** |
| v. ) | |
| ) | |
| (1) ALBERTO EZEQUEL VILLARREAL-MEZA ) | |
| a/k/a "Cheke" ) | |
| (2) ROBERTO EZEQUEL VILLARREAL-MEZA ) | |
| a/k/a "Yeyo" ) | |
| (3) MIGUEL VILLLARREAL-MEZA ) | |
| (4) JORGE GARCIA-ZAVALA ) | |
| (5) VICENTE DURAN-CHAVEZ ) | |
| a/k/a "Chente" ) | |
| (6) JORGE ALFREDO DIAZ-GONZALEZ ) | |
| a/k/a "George" ) | |
| (7) JESUS DURAN ) | |
| a/k/a "Compa" ) | |
| (8) SANTANA ARREDONDO ) | |
| (9) SILVIO HERNANDEZ-APAEZ ) | |
| ) | |

## ORDER SEALING INDICTMENT

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in this matter be unsealed.

**IT IS HEREBY ORDERED** that the Indictment be immediately unsealed.

This the 21st day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE