UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 5:09CR15-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING ADMISSION** |
| ) | *PRO HAC VICE* |
| SANTANA ARREDONDO, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 79) filed December 30, 2009.

For good cause shown, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: January 4, 2010

David C. Keesler
United States Magistrate Judge