IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:09CR15-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| SANTANA ARREDONDO, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon inquiry of Defendant's mother-in-law, Maria Fernada De La Rosa, requesting that bond monies be returned to her. Ms. De La Rosa's oral request (received by the Clerk of Court) is construed by the Court as a motion for return of bond.

On December 15, 2009, upon Defendant's arrest, Ms. De La Rosa posted bond in the amount of $10,000.00 in the United States District Court, Southern District of Texas, McAllen Division. *(Case No.: M:09CR7356-M)* Following transfer to the Western District of North Carolina pursuant to FED. R. CRIM. P. 40, the Clerk of Court in this district received a check from the Southern District of Texas (in the same amount) to hold during the pendency of Defendant's criminal action or until the bond was declared void.

Since that time, Defendant has appeared before this Court as directed and, likewise, obeyed and performed the conditions of the Appearance Bond consistent with its terms. Defendant's guilty plea was accepted by the magistrate judge on April 29, 2010. Defendant was subsequently remanded to custody pending sentencing pursuant to 18 U.S.C. §§3142 and 3143. Thus, the bond is now void.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion for Return of Bond Money is hereby **GRANTED**;

2) The Financial Administrator is directed to refund the $10,000 appearance bond to **Ms. Maria Fernada De La Rosa, of Weslaco, Texas**; and

3) The Deputy Clerk is directed to forward a copy of this Order to Defense Counsel, U.S. Attorney's Office, U.S. Probation, U.S. Marshal's Service, Financial Administrator, and Chief Deputy Clerk.

Signed: July 14, 2010

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge